# EXHIBIT A

[REDACTED] I love you with all my heart and soul and you just wanted what was best for me I owe my life to you. I love [REDACTED]

I want my m-f-ing dogs taken care of. they have been with and stuck with me during terrible times in my life [REDACTED] I'd probly [REDACTED] be [REDACTED] to us instead awesome

[REDACTED] and [REDACTED] All of you are the reason I've done

I get so little at the same time, Like I did alot. you fuckers mostly [REDACTED] completely hijacked me from a good life

suicide

note

fuck you!!!

And to whom I consider friends, I want them to see this... screw yall fuck you ▮▮▮▮, you're a great way, hope you see this watch more Anime and the Show barry!

rest of y'all especially ▮▮▮▮...fuck you die!!

Heiroopicifer!